# IN THE SUPREME COURT OF THE STATE OF NEVADA

952 BUFFALO RIVER, LLC,
      Appellant,

vs.

U.S. BANK NATIONAL ASSOCIATION
AS TRUSTEE FOR THE HOLDERS OF
BEAR STEARNS ARM TRUST,
MORTGAGE PASS-THROUGH
CERTIFICATES, SERIES 2005-6; PAUL
L. VINCI, AN INDIVIDUAL; DAWN L.
VINCI, AN INDIVIDUAL; AND
BOULDER CREEK HOMEOWNERS
ASSOCIATION,
      Respondents.

No. 71713

**FILED**

MAR 2 8 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
  DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is an appeal from an order granting summary judgment. Eighth Judicial District Court, Clark County; Richard Scotti, Judge.

On January 30, 2018, this court entered an order removing attorney Jacob Hafter as counsel of record for appellant. We directed appellant, within 30 days, to retain new counsel and to cause new counsel to enter a notice of appearance. We cautioned appellant that failure to retain new counsel would cause this appeal to be dismissed. *See Salman v. Newell*, 110 Nev. 1333, 1336, 885 P.2d 607, 608 (1994); *State v. Stu's Bail Bonds*, 115 Nev. 436, 436 n.1, 991 P.2d 469, 470 n.1 (1999) (noting that "business entities are not permitted to appear, or file documents, in proper person"). To date appellant has not responded to our order, and no counsel

18-11982

has appeared on behalf of appellant. Accordingly, we conclude that appellant has abandoned this appeal, and we

ORDER this appeal DISMISSED.

_____Cherry_____, J.
Cherry

_____Parraguirre_____, J.
Parraguirre

_____Stiglich_____, J.
Stiglich

cc:    Hon. Richard Scotti, District Judge
       Holland & Hart LLP/Las Vegas
       Akerman LLP/Las Vegas
       Dawn L. Vinci
       Paul L. Vinci
       Eighth District Court Clerk